1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROCKY J. STANLEY,                          No. 2:12-CV-2272-GEB-CMK-P

12           Plaintiff,

13       vs.                                    ORDER

14   SOLANO COUNTY JAIL, et al.,

15           Defendants.

16   _____/

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to amend (Doc. 12),

19   wherein he explains how he wants to amend his complaint.  Pursuant to Federal Rule of Civil

20   Procedure 15(a)(1), a party may amend his pleading once as a matter of right at any time before

21   being served with a responsive pleading.  Here, plaintiff's original complaint has not yet been

22   screened by the court, nor served on any of the defendants.  Therefore, no responsive pleading

23   has been served, and leave of court is not required before plaintiff can file an amended

24   complaint.

25           However, the letter plaintiff submitted is insufficient to qualify as an amended

26   complaint.  As a general rule, an amended complaint supersedes the original complaint.  See

1

1   Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  Thus, all claims alleged in the original

2   complaint which are not alleged in the amended complaint are waived.  See King v. Atiyeh, 814

3   F.2d 565, 567 (9th Cir. 1987).  Therefore, if plaintiff intends to amend his complaint, the court

4   cannot refer to the prior pleading in order to make plaintiff's amended complaint complete.  See

5   Local Rule 220.  An amended complaint must be complete in itself without reference to any prior

6   pleading.  See id.

7           In any complaint, plaintiff must demonstrate how the conditions complained of

8   have resulted in a deprivation of plaintiff's constitutional rights.  See Ellis v. Cassidy, 625 F.2d

9   227 (9th Cir. 1980).  The complaint must allege in specific terms how each named defendant is

10   involved, and must set forth some affirmative link or connection between each defendant's

11   actions and the claimed deprivation.  See May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980);

12   Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978).

13           Accordingly, plaintiff's motion to amend is denied as unnecessary.  If plaintiff

14   intends to file an amended complaint, his amended complaint should be filed within the next 30

15   days.  The Clerk of the Court is directed to send plaintiff a new prisoner civil rights form

16   complaint.

17           IT IS SO ORDERED.

18

19    DATED:  October 19, 2012

20                                                          _____

21                                                          **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26