1

2

3

4

5            **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    ROCKY J. STANLEY,                          No. 2:12-CV-2272-GEB-CMK-P

9            Plaintiff,

10       vs.                                     ORDER  [CORRECTED]

11   SOLANO COUNTY JAIL, et al.,

12           Defendants.

13   _____/

14           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

15   42 U.S.C. § 1983.  Plaintiff has submitted a declaration that makes the showing required by 28

16   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

17       To:   The Solano County Sheriff's Department
              Sheriff's Administration
18            530 Union Avenue, Suite 100, Fairfield, California 94533:

19           Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

20   In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to

21   make monthly payments in the amount of twenty percent of the preceding month's income

22   credited to plaintiff's inmate trust account.  The agency referenced above is required to send to

23   the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate

24   trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

25   $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

26           Accordingly, IT IS HEREBY ORDERED that:

1

1    1.  Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is

2 granted;

3    2.  Plaintiff is required to pay the full statutory filing fee of $350.00 for this

4 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

5    3.  The director of the agency referenced above, or a designee, shall collect

6 from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

7 of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

8 to be clearly identified by the name and number assigned to this action;

9    4.  Thereafter, the director of the agency referenced above, or a designee, shall

10 collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly

11 payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

12 preceding month's income credited to plaintiff's inmate trust account and forwarding payments to

13 the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

14 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

15 payments to be clearly identified by the name and number assigned to this action;

16    5.  The Clerk of the Court is directed to serve a copy of this order and a copy

17 of plaintiff's signed in forma pauperis affidavit to the address shown above; and

18    6.  The Clerk of the Court is further directed to serve a copy of this order on

19 the Financial Department of the court.

21 DATED:  October 29, 2012

22

23           _____
              CRAIG M. KELLISON
              UNITED STATES MAGISTRATE JUDGE