UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY J. STANLEY, | No. 2:12-cv-2272-GEB-CMK-P |
| Plaintiff, | |
| v. | **ORDER** |
| SOLANO COUNTYJAIL, et al., | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 24, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

---

[1] Although it appears from the file that the findings and recommendations were returned, the parties were properly served. It is the responsibility of the parties to keep the court apprised of their address of record at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 24, 2013, are adopted in full;
2. This action is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and
3. The Clerk of the Court is directed to close this case.

Dated: February 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2